UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In Re:<br>BRYAN THOMAS MILLIREN<br><br>Debtor | Chapter 11<br>Case No. 07-13686-RS |

## APPLICATION TO EMPLOY ATTORNEY

The debtor, Bryan T. Milliren, hereby requests pursuant to 11 U.S.C. §327(a), Fed. R. Bankr.P. 2014(a) and MLBR 2014-1 that this Court approve the employment of Mark W. Miller, Esq., on behalf of the debtor in this proceeding. As cause therefore, the debtor states as follows:

1. On June 13, 2007, the debtor filed a petition for relief under Chapter 11 of the U.S. Bankruptcy Code.

2. The debtor hereby applies for authority to employ Mark W. Miller, Esq. for services to be rendered regarding the following:

(a) To assist the debtor in the preparation of all bankruptcy schedules, statements, and forms to be required in his Chapter 11 proceeding;

(b) To attend on the debtor's behalf all conferences, hearings, and meetings and other events in the course of his Chapter 11 proceeding;

(c) To file on the debtor's behalf all motions and statements as may be proper to assist the debtor in the course of his Chapter 11 proceeding;

(d) To provide the debtor with legal counsel and advice in the course of his Chapter 11 proceeding;

(e) To assist the debtor in the preparation and filing of a Chapter 11 reorganization plan;

(f) To assist the debtor with respect to the allowance or disallowance of any claims filed against him;

(g) To assist the debtor in any other matter that is necessary and proper in the prosecution of his Chapter 11 proceeding;

3. The debtor has consulted in detail with counsel about this case and believes that his interests would best be served by retention of counsel. Counsel is familiar with the debtor's financial circumstances and affairs. The debtor believes that counsel has the experience, resources, ability and expertise to represent him in this proceeding.

4. Counsel should be employed by a general retainer because of the variety and potential complexity of the services that will be required in this case. Counsel has received a check in the amount of $5,000.00 on June 20, 2007, post-petition, that was paid from debtor's funds. Counsel's fee rate for representation of the debtor is $175.00/hour, all rates and fees subject to court approval.

5. To the best of the debtor's knowledge and belief, counsel does not represent any interest adverse to the estate, nor does it represent any other entity connected to or with the estate.

WHEREFORE, the debtor respectfully requests that this Court allow his Application to Employ Attorney and allow his case to proceed.

_____
Bryan T. Milliren

Dated: June 20, 2007

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re: )
BRYAN THOMAS MILLIREN )  Chapter 11
) Case No. 07-13686-RS
Debtor )
)
)

## CERTIFICATE OF SERVICE

I, Mark W. Miller, hereby certify that a true and genuine copy of the attached Application for Authority to Employ Attorney, was served upon each member of the service list by electronic mail or first class mail, postage prepaid on this 25th day of June, 2007.

/s/Mark W. Miller
Mark W. Miller

**Service List**

Bryan T. Milliren
21 High Road
Newbury, MA 01951
Via first class mail

Office of the U.S. Trustee
10 Causeway Street, 11th Floor
Boston, MA 02114
Via electronic mail

D. Ethan Jeffrey, Esq.
Hanify & King, P.C.
One Beacon Street
Boston, MA 02108-3107
Via electronic mail